# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 15CR2310WQH |
| Plaintiff, | ORDER |
| vs. | |
| LUKE FAIRFIELD (3), | |
| Defendant. | |

HAYES, Judge:

The matter before this Court is Defendant's Application to file under seal an application for underseal filing requesting that the Court seal a motion to continue currently scheduled sentencing date, an order continuing the sentencing date, an order allowing filing under seal, and a Memorandum entitled "Objections to PSR and position regarding pending Sentencing."

"A party seeking to seal a judicial record ... bears the burden of overcoming [a] strong presumption [in favor of public access] by meeting the compelling reasons standard." *Kamakana v. City and County of Honolulu,* 447 F.3d 1172, 1178 (9th Cir. 2006) (internal citations and quotations omitted). A party seeking to seal court documents can overcome the presumed right to access "only by [establishing] an overriding right or interest 'based on findings that closure is essential to preserve higher values and is narrowly tailored to serve that interest.'" *Oregonian Publ'g Co. v. U.S. Dist Court for the Dist. of Or.,* 920 F.2d 1462, 1465 (9th Cir. 1990) (quoting *Press-*

*Enterprise Co. v. Superior Ct.*, 464 U.S. 501, 510 (1985).

The Court has reviewed the documents and finds that Defendant has not limited the request to seal to information supported by compelling reasons for sealing.

IT IS HEREBY ORDERED that the application to file under seal is denied. The Clerk of the Court shall return the Defendant's Application to file under seal an application for underseal filing, a motion to continue currently scheduled sentencing date, an order continuing the sentencing date, an order allowing filing under seal, and a Memorandum entitled "Objections to PSR and position regarding pending Sentencing" and file this order on the docket in the record.

The sentencing hearing on Monday, September 24, 2018 at 9 A.M. in Courtroom 14B will go forward as scheduled.

DATED: September 21, 2018

**WILLIAM Q. HAYES**
United States District Judge